1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| GURDEEP SINGH BOPARAI, | CASE NO. 2:23-cv-825 |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| AUBURN POLICE DEPARTMENT , | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Before the Court is Plaintiff Gurdeep Singh Boparai's motion to appoint counsel. Dkt. No. 12. Boparai, who is proceeding pro se, seeks a court-appointed attorney. On November 6, 2023, pursuant to the Western District of Washington's plan for court-appointed representation of civil rights litigants, the Court concluded that Boparai had demonstrated an adequate basis to refer his case to the Screening Committee. Dkt. No. 14. The Screening Committee has recommended the appointment of counsel.

MINUTE ORDER - 1

The Court DIRECTS the Clerk to identify counsel from the Pro Bono Panel who is willing to represent Boparai in this action by no later than January 8, 2024. If the Clerk timely identifies pro bono counsel, the Court will issue an order of appointment. If the Clerk cannot locate counsel within that timeframe who is willing to represent Boparai on a pro bono basis, the Court will be unable to appoint counsel. The Court DIRECTS the Clerk to send a copy of this order to Boparai and to the Western District of Washington's Pro Bono Coordinator.

Finally, the Court DIRECTS the Clerk to renote Boparai's motion for appointment of counsel (Dkt. No. 12) and Auburn Police Department's Motions to Dismiss (Dkt. No. 8) and for Relief from Deadlines (Dkt. No. 11) for January 8, 2024.

Dated this 7th day of December 2023.

<u>Ravi Subramanian</u>
Clerk
<u>/s/ Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER - 2