1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURDEEP SUNGH BOPARAI, | CASE NO. 2:23-cv-825 |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| v. | |
| AUBURN POLICE DEPARTMENT, | |
| Defendant. | |

The Court GRANTS Plaintiff Gurdeep Sungh Boparai's motion for appointment of counsel. Dkt. No. 12. The Court APPOINTS Austin Popham and Harold A. Malkin, Morgan Lewis & Bockius LLP, 1301 Second Avenue, Suite 2800, Seattle, WA, 98101, (206) 274-6400, Austin.Popham@morganlewis.com and Harold.Malkin@morganlewis.com, as pro bono counsel for Boparai. The appointment is made under the Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions. *See* General Order No. 16-20 (Jan. 1, 2021), https://www.wawd.uscourts.gov/sites/wawd/files/GO16-20AmendedProBonoPlan.pdf.

ORDER APPOINTING COUNSEL - 1

Counsel are directed to file Notices of Appearance within seven (7) calendar days of the date below. If counsel cannot assume this representation for a reason contemplated by the Civil Rules, a motion for relief from appointment should immediately be filed with the assigned judge.

The Clerk is directed to send a copy of this Order to counsel for the parties.

Dated this 18th day of December, 2023.

Jamal N. Whitehead
United States District Judge

ORDER APPOINTING COUNSEL - 2