UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURDEEP SUNGH BOPARAI, | CASE NO. 2:23-cv-825 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AUBURN POLICE DEPARTMENT , | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: The Court finds good cause to modify the case schedule and other deadlines in light of the Court's order on December 18, 2023, granting Plaintiff's Motion for Appointment of Counsel. Dkt. No. 17.

Accordingly, the Court DIRECTS the clerk to renote Auburn Police Department's Motion to Dismiss for January 19, 2024. Dkt. No. 8. The parties must file any opposition and reply papers by no later than the dates prescribed by LCR 7(d)(3).

MINUTE ORDER - 1

The Court DENIES Defendant's Motion for Relief From Deadlines Regarding Discovery Conference & Initial Disclosures Pending Defendant's Motion to Dismiss. Dkt. No. 11. But the Court modifies the early-case deadlines found in its October 5, 2023, Order (Dkt. No. 9) as follows:

| | |
|---|---|
| Deadline for Fed. R. Civ. P. 26(f) Conference | February 5, 2024 |
| Initial Disclosures Under Fed. R. Civ. P. 26(a)(1) | February 20, 2024 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) | February 27, 2024 |

Dated this 19th day of December 2023.

Ravi Subramanian

Clerk

*/s/Kathleen Albert*

Deputy Clerk

MINUTE ORDER - 2