THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURDEEP SUNGH BOPARAI,

Plaintiff,

v.

AUBURN POLICE DEPARTMENT,

Defendant.

Case No. 2:23-cv-00825-JNW

**STIPULATED MOTION FOR EXTENSION OF TIME**

NOTE ON MOTION CALENDAR:
JANUARY 11, 2024

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Gurdeep Sungh Boparai and Defendant Auburn Police Department (together "the Parties"), STIPULATE AND AGREE to extend the noting date for Defendant's Motion to Dismiss (Dkt. No. 8) to March 15, 2024.  The stipulation is based on the following:

WHEREAS, the Court granted Plaintiff motion for leave to proceed *in forma pauperis* on June 7, 2023;

WHEREAS, after the Complaint was filed on June 7, 2023, Defendant moved to dismiss the Complaint on October 4, 2023;

WHEREAS, on November 6, 2023 the Court referred this action to the Pro Bono Panel;

STIPULATED MOTION FOR EXTENSION OF TIME - 1
(Case No. 2:23-cv-00825-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1   WHEREAS, the Pro Bono Panel appointed Harold Malkin and Austin Popham as pro bono

2   counsel for Plaintiff on December 18, 2023 and counsel filed appearances on December 26, 2023,

3   WHEREAS, the Court renoted Defendant's Motion to Dismiss for January 19, 2024 and

4   modified various early case deadlines (Dkt. No. 18) on December 19, 2023,

5   WHEREAS, Plaintiff's pro bono counsel need time to effectively review the filings and

6   confer with their client,

7   WHEREAS, this is the first motion and first enlargement of time requested by either party

8   in this matter.  The granting of this Motion will not prejudice any party, as Defendant has agreed

9   to this extension, and this extension is being sought in good faith and not for delay or any other

10  improper purpose.

11  NOW THEREFORE, the Parties stipulate to the following:

12  1.   To renote Defendant's Motion to Dismiss (Dkt. No. 8) to **March 15, 2024**.

13  2.   Plaintiff will repond to Defendant's Motion to Dismiss or otherwise move in

14  accordance with the Local Rules.

15  3.   The Parties agree that by **March 22, 2024** the Parties will file a joint proposed

16  schedule modifying the early case deadlines set out in the Court's October 5, 2023 Order (Dkt.

17  No. 9) and December 19, 2023 Minute Order (Dkt. No. 18).

18  4.   This Stipulation and Order shall not operate as an admissison of any factual

19  allegation or legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim

20  or objection.

21  //

22  //

23  //

24  //

25  //

26

STIPULATED MOTION FOR EXTENSION OF TIME - 2
(Case No. 2:23-cv-00825-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1    **STIPULATED AND AGREED TO** this 11th day of January 2024.

2

3

4    **MORGAN, LEWIS & BOCKIUS LLP**        **LAW, LYMAN, DANIEL, KAMERRER &**
                                           **BOGDANOVICH, P.S.**

5    By: *s/ Harold Malkin*
     Harold Malkin, WSBA #30986            By: /s/ *Michael J. Throgmorton*
6    1301 Second Avenue, Suite 3000        Michael J. Throgmorton, WSBA #44263
     Seattle, WA 98101                     2674 RW Johnson Rd.,
7    Phone: (206) 274-6426                 Tumwater, WA 98512 P.O. Box 11880
     Email: harold.malkin@morganlewis.com  Olympia WA 98508-1880
8                                          Telephone: (360) 754-3480
                                           Fax: (360) 754-3511
9    Austin Popham, WSBA #59193            E-mail: mthrogmorton@lldkb.com
     1301 Second Avenue, Suite 3000
10   Seattle, WA 98101
     Phone: (206) 274-6400
11   Email: austin.popham@morganlewis.com

12   *Attorneys for Plaintiff*

13                                         *Attorney for Defendant*

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION OF TIME - 3
(Case No. 2:23-cv-00825-JNW)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1

**ORDER**

2          IT IS SO ORDERED.

3

4          DATED this 12th day of January, 2024.

5

6
                                    _____
7                                   Jamal N. Whitehead
                                    United States District Judge
8

9

10

11

12

13    *Presented by:*

14

15    **MORGAN, LEWIS & BOCKIUS LLP**         **LAW, LYMAN, DANIEL, KAMERRER &**
                                              **BOGDANOVICH, P.S.**
16
      By: *s/ Harold Malkin*                  By: */s/ Michael J. Throgmorton*
17    Harold Malkin, WSBA #30986              Michael J. Throgmorton, WSBA #44263
      1301 Second Avenue, Suite 3000          2674 RW Johnson Rd.,
18    Seattle, WA 98101                       Tumwater, WA 98512 P.O. Box 11880
      Phone: (206) 274-6426                   Olympia WA 98508-1880
19    Email: harold.malkin@morganlewis.com    Telephone: (360) 754-3480
                                              Fax: (360) 754-3511
20                                            E-mail: mthrogmorton@lldkb.com
      Austin Popham, WSBA #59193
21    1301 Second Avenue, Suite 3000
      Seattle, WA 98101
22    Phone: (206) 274-6400
      Email: austin.popham@morganlewis.com
23

24    *Attorneys for Plaintiff*
                                              *Attorney for Defendant*
25

26

STIPULATED MOTION FOR EXTENSION OF TIME - 4          **MORGAN, LEWIS & BOCKIUS LLP**
(Case No. 2:23-cv-00825-JNW)                         ATTORNEYS AT LAW
                                                     1301 SECOND AVENUE, SUITE 3000
                                                     SEATTLE, WASHINGTON 98101
                                                     TEL +1.206.274.6400   FAX +1.206.274.6401