1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

THE HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURDEEP SINGH BOPARAI,

               Plaintiff,

     v.

CHASE WIGER, in his individual and official
capacity, JACOB GARCIA in his individual
and official capacity, JASON PENNOCK, in
his individual and official capacity, ANDREW
MANN, in his individual and official capacity,
AVALYNE PETERS, in her individual and
official capacity, DAVID LIND, in his
individual and official capacity, and the CITY
OF AUBURN,

               Defendants.

Case No. 2:23-cv-00825-JNW

**ORDER GRANTING _UNOPPOSED_
MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT**

20

21

//

//

22

23

24

25

26

ORDER GRANTING UNOPPOSED MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT – PAGE 1
Case No. 2:23-cv-00825-JNW

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

1    THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Leave to File

2  Amended Complaint (the "Motion"). Having reviewed the pleadings and evidence presented and

3  on file in this case, and being fully advised as to the issues presented, the Court hereby ORDERS,

4  ADJUDGES AND DECREES that Plaintiff's Motion is GRANTED.

5    IT IS SO ORDERED.

6

7    DATED this 11th day of March, 2024.

8

9

10    _____

    Jamal N. Whitehead

11    United States District Judge

12

13  *Presented by:*

14

    **MORGAN, LEWIS & BOCKIUS LLP**

15

    By: *s/ Harold Malkin*
16    Harold Malkin, WSBA #30986
    Austin Popham, WSBA #59193
17    Ari M. Sillman, WSBA # 60798
    1301 Second Avenue, Suite 3000
18    Seattle, WA 98101
    Phone: (206) 274-6400
19    Email: harold.malkin@morganlewis.com
       austin.popham@morganlewis.com
20       ari.sillman@morganlewis.com

21
    *Attorneys for Plaintiff*
22

23

24

25

26

ORDER GRANTING <u>UNOPPOSED</u> MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT – PAGE 2
Case No. 2:23-cv-00825-JNW

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401