THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURDEEP SINGH BOPARAI,

Plaintiff,

v.

CHASE WIGER, in his individual and official capacity, JACOB GARCIA in his individual and official capacity, JASON PENNOCK, in his individual and official capacity, ANDREW MANN, in his individual and official capacity, AVALYNE PETERS, in her individual and official capacity, DAVID LIND, in his individual and official capacity, and the CITY OF AUBURN,

Defendants.

Case No. 2:23-cv-00825-JNW

**STIPULATED MOTION FOR STAY OF PROCEEDINGS PENDING LCR 39.1 MEDIATION**

NOTE ON MOTION CALENDAR:
MARCH 22, 2024

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

Plaintiff Gurdeep Singh Boparai and Defendants Chase Wiger, Jacob Garcia, Jason Pennock, Andrew Mann, Avalyne Peters, David Lind, and the City of Auburn (collectively "the Parties"), respectfully advise the Court that they have agreed to pursue mediation pursuant to Local Civil Rule 39.1.

The Parties request that the Court stay any current deadlines in this case for at least 120 days or until early mediation is complete, including the deadline to provide a joint proposed schedule modifying the early case deadlines, Dkt. No. 22. *See* Fed. R. Civ. P. 16(b)(4) (noting that "[a] schedule may be modified only for good cause and with the judge's consent."); *see also Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002). Good cause exists to modify existing case deadlines so that the parties may focus on settlement through mediation and avoid spending additional resources on further litigation.

Pursuant to Local Civil Rule 39.1(c)(4), the Parties have asked for a mediator appointed by the ADR Committee Co-Chair(s). The parties propose that they file a Joint Status Report within seven (7) days of a mediator being selected to inform the Court of the date of the mediation, and that they file a further Joint Status Report within seven (7) days after mediation to inform the Court on the outcome of the mediation and the status of settlement negotiations.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

STIPULATED AND SUBMITTED TO this March 22, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Harold Malkin*
Harold Malkin, WSBA #30986
Austin Popham, WSBA #59193
Ari M. Sillman, WSBA # 60798
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
harold.malkin@morganlewis.com
austin.popham@morganlewis.com
ari.sillman@morganlewis.com

*Attorneys for Plaintiff*

**LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.**

By: */s/ Michael J. Throgmorton*
Michael J. Throgmorton, WSBA #44263
2674 RW Johnson Rd.,
Tumwater, WA 98512 P.O. Box 11880
Olympia WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 754-3511
mthrogmorton@lldkb.com

*Attorney for Defendants*

STIPULATED MOTION FOR STAY OF PROCEEDINGS
PENDING LCR 39.1 MEDIATION – PAGE 3
CASE NO. 2:23-cv-00825-JNW

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

**ORDER**

IT IS SO ORDERED.

DATED: March 22, 2024.

Jamal N. Whitehead
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Harold Malkin*
Harold Malkin, WSBA #30986
Austin Popham, WSBA #59193
Ari M. Sillman, WSBA # 60798
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
harold.malkin@morganlewis.com
austin.popham@morganlewis.com
ari.sillman@morganlewis.com

*Attorneys for Plaintiff*

STIPULATED MOTION FOR STAY OF PROCEEDINGS PENDING LCR 39.1 MEDIATION – PAGE 4
CASE NO. 2:23-cv-00825-JNW

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401