1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURDEEP SUNGH BOPARAI,

Plaintiff,

v.

AUBURN POLICE DEPARTMENT,

Defendant.

CASE NO. 2:23-cv-825

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On May 14, 2024, the parties filed a joint status report informing the Court that they reached a settlement agreement at their mediation on May 6, 2024. Dkt. No. 31. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

Dated this 15th day of May 2024.

MINUTE ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Ravi Subramanian

Clerk

*/s/Kathleen Albert*

Deputy Clerk

MINUTE ORDER - 2