THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURDEEP SINGH BOPARAI,

    Plaintiff,

v.

CHASE WIGER, in his individual and official capacity, JACOB GARCIA in his individual and official capacity, JASON PENNOCK, in his individual and official capacity, ANDREW MANN, in his individual and official capacity, AVALYNE PETERS, in her individual and official capacity, DAVID LIND, in his individual and official capacity, and the CITY OF AUBURN,

    Defendants.

Case No. 2:23-cv-00825-JNW

**ORDER OF DISMISSAL**

ORDER OF DISMISSAL – PAGE 1
CASE NO. 2:23-cv-00825-JNW

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

THIS MATTER, having come before the Court on the parties' stipulation, it is hereby ORDERED that this case is DISMISSED with prejudice and without attorneys' fees or costs to either party.

Dated this 31st day of May, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ *Harold Malkin*
Harold Malkin, WSBA #30986
Austin Popham, WSBA #59193
Ari M. Sillman, WSBA # 60798
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
harold.malkin@morganlewis.com
austin.popham@morganlewis.com
ari.sillman@morganlewis.com

*Attorneys for Plaintiff*

Approved as to form, notice of presentation waived:

**LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.**

By: /s/ *Michael J. Throgmorton*
Michael J. Throgmorton, WSBA #44263
2674 RW Johnson Rd.,
Tumwater, WA 98512 P.O. Box 11880
Olympia WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 754-3511
mthrogmorton@lldkb.com

*Attorney for Defendants*

ORDER OF DISMISSAL – PAGE 2
CASE NO. 2:23-cv-00825-JNW

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401